Alan P. Block (SBN 143783)
ablock@mckoolsmithhennigan.com
**MCKOOL SMITH HENNIGAN, P.C.**
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

Ryan B. McBeth (TX SBN 24078955)*
rmcbeth@mckoolsmith.com
**MCKOOL SMITH, P.C.**
600 Travis Street, Suite 7000
Houston, TX 77002
Telephone:  (713) 485-7300
Facsimile:  (713) 485-7344

Ashley N. Moore (TX SBN 24074748)*
amoore@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone:  (214) 978-4000
Facsimile:  (214) 978-4044

*Pro hac vice application forthcoming*

Attorneys for Plaintiff
Samesurf, Inc.

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION**

| | |
|---|---|
| Samesurf, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Intuit, Inc., <br><br> Defendant. | Case No. 3:22-cv-00412-LL-KSC <br><br> **PLAINTIFF SAMESURF'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to CivLR 40.2, Plaintiff Samesurf, Inc. makes this Corporate Disclosure Statement.

Samesurf, Inc. does not have a parent corporation.  No known publicly held company owns a 10% or more interest in Samesurf, Inc.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: March 29, 2022 | Respectfully submitted, |
| 3 | | **MCKOOL SMITH HENNIGAN, P.C.** |
| 4 | | By: *s/ Alan P. Block* |
| 5 | | Alan P. Block (SBN 143783) |
| | | ablock@mckoolsmithhennigan.com |
| 6 | | 300 South Grand Avenue, Suite 2900 |
| 7 | | Los Angeles, California 90071 |
| | | Telephone: (213) 694-1200 |
| 8 | | Facsimile: (213) 694-1234 |
| 9 | | |
| 10 | | Ryan B. McBeth (TX SBN 24078955)* |
| | | rmcbeth@mckoolsmith.com |
| 11 | | **MCKOOL SMITH, P.C.** |
| 12 | | 600 Travis Street, Suite 7000 |
| | | Houston, TX 77002 |
| 13 | | Telephone: (713) 485-7300 |
| 14 | | Facsimile: (713) 485-7344 |
| 15 | | Ashley N. Moore (TX SBN 24074748)* |
| 16 | | amoore@mckoolsmith.com |
| | | **MCKOOL SMITH, P.C.** |
| 17 | | 300 Crescent Court, Suite 1500 |
| 18 | | Dallas, Texas 75201 |
| | | Telephone: (214) 978-4000 |
| 19 | | Facsimile: (214) 978-4044 |
| 20 | | |
| 21 | | *Pro hac vice application submitted* |
| 22 | | **Attorneys for Plaintiff Samesurf, Inc.** |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

McKool Smith, P.C.