MICHAEL J. SACKSTEDER (CSB No. 191605)
msacksteder@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Defendant
INTUIT INC.

FENWICK & WEST LLP

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## SAN DIEGO DIVISION

| | |
|---|---|
| Samesurf, Inc., | Case No.: 3:22-cv-00412-LL-KSC |
| Plaintiff, | **DEFENDANT INTUIT INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| Intuit Inc., | Judge: Hon. Linda Lopez |
| Defendant. | Courtroom: 2B |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 40.2, defendant Intuit Inc. ("Intuit"), through its undersigned counsel, states that Intuit has no parent corporation and that no publicly held corporation is known to own 10% or more of Intuit's stock.

Dated: May 23, 2022                    Respectfully submitted,

                                       FENWICK & WEST LLP

                                       By: /s/ Michael J. Sacksteder
                                           Michael J. Sacksteder

                                       Attorneys for Defendant
                                       INTUIT INC.