MICHAEL J. SACKSTEDER (CSB No. 191605)
msacksteder@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Defendant
INTUIT INC.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
## SAN DIEGO DIVISION

| | |
|---|---|
| Samesurf, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Intuit Inc., <br><br> Defendant. | Case No.: 3:22-cv-00412-LL-KSC <br><br> **DEFENDANT INTUIT INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST** <br><br> Judge: Hon. Linda Lopez <br> Courtroom: 2B |

Pursuant to Civil Local Rule 40.2, Defendant Intuit Inc. certifies that, apart from the parties in this action, no other persons or entities have a financial interest in this action.

Dated: May 23, 2022           Respectfully submitted,

                              FENWICK & WEST LLP

                              By: /s/ Michael J. Sacksteder
                                  Michael J. Sacksteder

                              Attorneys for Defendant
                              INTUIT INC.