UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMESURF, INC.,<br><br>                    Plaintiff,<br><br>v.<br><br>INTUIT, INC.,<br><br>                    Defendant. | Case No.:  22-cv-412-RSH-DDL<br><br>**FURTHER ORDER REGARDING INTUIT'S MOTION TO COMPEL**<br><br>**[Dkt. No. 81]** |

Pursuant to the Court's December 4, 2024 Order [Dkt. No. 84], Plaintiff has lodged a litigation funding agreement for the Court's *in camera* review.  Having reviewed the agreement, the Court determines it contains no information concerning the value of the patent at issue in this case.  Accordingly, and for the reasons explained in the Court's December 4 Order, the Court finds the agreement is not relevant, and **DENIES** Defendant's motion to compel its production.  *See Taction Tech.*, *Inc. v. Apple Inc.*, 2022 WL 18781396, at *4 (S.D. Cal. Mar. 16, 2022).

**IT IS SO ORDERED.**

Dated: December 12, 2024

_____

Hon. David D. Leshner
United States Magistrate Judge