# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMESURF, INC.,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>INTUIT, INC.,<br><br>　　　　　　　　　　Defendant. | Case No.: 22-cv-412-RSH-DDL<br><br>**ORDER GRANTING JOINT MOTION TO RESCHEDULE MANDATORY SETTLEMENT CONFERENCE IN CASE MANAGEMENT ORDER (DKT. 72)**<br><br>**[Dkt. No. 148]** |

On October 23, 2024, the Court issued a Second Case Management Order Regulating Discovery and Other Pretrial Proceedings in a Patent Case. Dkt. No. 72. In the order, the Court scheduled a Mandatory Settlement Conference for July 31, 2025. *Id.* at 3.

On July 17, 2025, the parties filed a Joint Motion to Reschedule Mandatory Settlement Conference in Case Management Order (Dkt. 72). Dkt. No. 148. The parties seek to continue the July 31, 2025 Mandatory Settlement Conference to "a date and time to be decided by the Court within the first three weeks of December." *Id.* at 2. In support, the parties state that after exchanging settlement proposals and meeting and conferring in accordance with Judge Leshner's Mandatory

1

Settlement Conference Procedures, "the Parties respectfully believe that holding the Settlement Conference at the currently scheduled date would be very unlikely to result in an agreement or any movement by the Parties towards an agreement." *Id.* The parties agree that continuing the conference to a date after expert reports are exchanged, experts are deposed, and pretrial motions are briefed, "will promote more fruitful settlement discussions and increase the likelihood that the Parties could reach an agreement with the Court's assistance." *Id.*

Good cause appearing, the parties' motion is **GRANTED**. The July 31, 2025 Mandatory Settlement Conference is **CONTINUED** to **December 8, 2025** at **9:00 a.m.** The parties must comply with Judge Leshner's Mandatory Settlement Conference Procedures, which are available on the Court's website.

**IT IS SO ORDERED.**

Dated:  July 17, 2025

Hon. David D. Leshner
United States Magistrate Judge