UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMESURF, INC., <br><br>               Plaintiff, <br><br> v. <br><br><br> INTUIT, INC., <br><br>               Defendant. | Case No.:  22-cv-412-RSH-DDL <br><br> **ORDER GRANTING JOINT STIPULATION TO DEFER THE DEADLINE FOR A MOTION FOR ATTORNEYS' FEES AND NONTAXABLE COSTS PENDING APPEAL** <br><br><br> [ECF No. 349] |

Before the Court is the Parties' stipulated motion to defer the deadline for Intuit to file any motion for attorneys' fees and nontaxable costs pursuant to Federal Rule of Civil Procedure 54(d)(2) and 35 U.S.C. § 285 until 28 days after resolution of any appeal. ECF No. 349.

On May 28, 2026, the Court granted Intuit's motion for summary judgment of noninfringement. ECF No. 346. On the same date, the Clerk entered judgment in favor of Intuit and against Samesurf, and the case was closed. ECF No. 347. As the prevailing party in this action, Intuit may seek attorneys' fees and nontaxable costs under Federal Rule of Civil Procedure 54(d)(2) and 35 U.S.C § 285. According to the Stipulated Motion,

Samesurf intends to file a notice of appeal to the United States Court of Appeals for the Federal Circuit. ECF No. 349 at 1.

Under Rule 54(d)(2)(B), a claim for attorneys' fees must be filed no later than 14 days after the entry of judgment "[u]nless . . . a statute or a court order provides otherwise." Fed. R. Civ. P. 54(d)(2)(B)(i). At its discretion, in the interest of judicial economy, the Court "under subdivision (d)(2)(B) may effectively extend the period by permitting claims to be filed after resolution of the appeal." Fed. R. Civ. P. 54 cmt. (1993 amend.). "Courts within the Ninth Circuit have routinely applied this committee note to claims for costs as well as for fees." *Backhaut v. Apple Inc.*, No. 14-CV-02285-LHK, 2016 WL 3253946, at *2 (N.D. Cal. June 14, 2016) (collecting cases).

The Parties move the Court to approve the following stipulation:

> Intuit shall file any motion for attorneys' fees and nontaxable costs under Rule 54(d)(2) and 35 U.S.C. § 285 no later than twenty-eight (28) days after the earliest of: (a) issuance of any Federal Circuit decision affirming the Court's judgment; (b) dismissal of any such appeal; or (c) if no notice of appeal is timely filed, expiration of the time to file a notice of appeal.

ECF No. 349 at 3.

In the interest of judicial economy, the Stipulated Motion is **GRANTED**. Intuit shall file any motion for attorneys' fees and nontaxable costs under Rule 54(d)(2) and 35 U.S.C. § 285 no later than **twenty-eight (28) days** after the earliest of: (a) issuance of any Federal Circuit decision affirming the Court's judgment; (b) dismissal of any such appeal; or (c) if no notice of appeal is timely filed, expiration of the time to file a notice of appeal.

**IT IS SO ORDERED.**

Dated: June 15, 2026

_____
Hon. Robert S. Huie
United States District Judge

22-cv-412-RSH-DDL